**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADAM KAZAL,

      Petitioner,

v.                                                                                          Case No.:  8:17-cv-2620 T 33 JSS

MATTHEW PRICE,

      Respondent.
_____/

**ORDER GRANTING PETITIONER'S *EMERGENCY* MOTION TO COMPEL**

      Upon the application dated November 7, 2017, of Petitioner Adam Kazal, and supporting declaration, pursuant to Fed.R.Civ.P. 45 and M.D. Fla. Local R. 3.01 and 3.04, for an order compelling Respondent Matthew Price's compliance with a subpoena for documents and testimony for use in a proceeding in the Federal Court of Australia; and upon the record before the Court with respect to the relief requested the Court having been fully advised in this matter; and it appearing that venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1782; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1782; and it appearing that the legal and factual bases set forth in the application establish just and sufficient cause to grant the relief requested; and after due deliberation thereon;

      **IT IS HEREBY ORDERED THAT:**

1. The motion is granted.

2. Respondent Matthew Price shall appear before the Court at the Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Courtroom _____,

Tampa, Florida at 9:00 a.m. on Thursday, November 9, 2017, to show cause for failing to comply with the Subpoena.

3. Respondent Matthew Price shall comply with the subpoena by producing all documents and testifying at a deposition in the Courthouse following his appearance before the Court.

4. Respondent Matthew Price shall reimburse the reasonable attorneys' fees and costs Petitioner incurred as a result of Respondent's failure to appear for his deposition pursuant to the Subpoena.

5. Respondent Matthew Price reimburse the reasonable attorneys' fees and costs Petitioner incurred in making the motion.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

DONE AND ORDERED in Tampa, Hillsborough County, Florida, this _____ day of November, 2017.

_____
United States District Court Judge

Conformed copies to:

All Counsel of Record

Counsel for Petitioner shall serve a copy of this Order by Personal Service via Process Server to:

Matthew Price
3019 Lynwood Court
Land O Lakes, FL 34638